

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:   Williams & Samuel Rosenberg, LLC, Williams & Samuel,
                       LLC, Stephen Samuel and Rodney Williams v. Ameris Bank

Appellate case number:   01-20-00164-CV

Trial court case number:   19-DCV-26641

Trial court:   268th District Court of Fort Bend County

Kristen M. Fiore, a non-resident attorney, has filed an unopposed motion to appear pro hac vice as counsel for appellee, Ameris Bank. The motion is supported by a motion from appellee's counsel, Ruth Rivera-Arriaga. Both motions comply with the rules. TEX. RULES GOVERN. BAR ADM'N R. XIX; TEX. R. APP. P. 10.1(a). Accordingly, we **grant** both motions and **order** that Kristin M. Fiore is admitted pro hac vice to participate in these appeals as counsel for appellee, Ameris Bank.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                            Acting individually

Date: March 17, 2020